**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1732**

ABEY BEZABEHE,

              Petitioner,

       v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: October 25, 2012          Decided: November 2, 2012

Before NIEMEYER, MOTZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Abey Bezabehe, Petitioner Pro Se.  Andrea Gevas, William Charles Peachey, UNITED STATES DEPARTMENT OF JUSTICE, Office of Immigration Litigation, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abey Bezabehe, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals (Board) denying his motion to reissue its decision of December 30, 2011, which found him removable and upheld the Immigration Judge's discretionary denial of cancellation of removal. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reissue. See Ping Chen v. U.S. Att'y Gen., 502 F.3d 73, 75 (2d Cir. 2007) (finding that a motion to reissue is treated as a motion to reopen and reviewed for abuse of discretion). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Bezabehe (B.I.A. May 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED